UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 50035 |
| ) | |
| vs. ) | Violations: Title 18, United States Code, |
| ) | Sections 1028A(a)(1), 1343, and 1344 and |
| WILLIAM J. FALBO, SR. ) | Title 20, United States Code, Section 1097(a) |

**COUNT ONE**

**FILED**

The FEBRUARY 2008 GRAND JURY charges:

JUL 1 5 2008

1. At times material to this indictment:

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

   a. Defendant WILLIAM J. FALBO, SR. had a son, hereinafter as "Son" or "Defendant's Son."

   b. The defendant's Son planned to and did attend Drake University, in Des Moines, Iowa.

2. At times material to this Count of the indictment:

   a. The Department of Education was a department and agency of the United States government with the responsibility of administering various education programs throughout the United States, including those programs set forth in Title 20, Chapter 28, Subchapter IV, United States Code, pertaining to student financial assistance.

   b. Through the Department of Education's programs, eligible students and their parents could obtain financial assistance, including subsidized student loans with low interest rates or other favorable terms (some of which were known as "Perkins" loans and/or "Stafford" loans).

   c. The Iowa College Student Aid Commission ("Commission") maintained and provided administrative services as a non-profit corporation that provided a guaranteed student loan program in accordance with the Higher Education Act of 1965, as amended.

d. The Commission administered the Stafford and Perkins loan programs for eligible students attending a federally eligible post-secondary educational institution.

e. Drake University, in Des Moines, Iowa, was a federally eligible post-secondary educational institution.

f. In order to obtain loans subsidized through the Stafford and Perkins programs, applicants were required to complete and submit to the Commission applications and master promissory notes, which required that the applicants adhere to the federal requirements for obtaining student loans. Further, by submitting the applications and master promissory notes, the applicants were required to certify that the information they provided on the applications and notes was true, complete, and correct.

3. Between on or about April 13, 2004, to on or about January 10, 2005, at McHenry County, in the Northern District of Illinois, Western Division, and elsewhere,

WILLIAM J. FALBO, SR.,

defendant herein, knowingly and willfully obtained by fraud and false statement approximately $13,300 in funds which had been provided and insured under Title 20, Chapter 28, Subchapter IV, United States Code;

In violation of Title 20, United States Code, Section 1097(a).

## COUNT TWO

The FEBRUARY 2008 GRAND JURY further charges:

1. Paragraph 1 of Count One of this indictment is realleged and incorporated herein as if fully set forth.

2. At times material to this Count of the indictment, the Fifth Third Bank was a financial institution with a branch in McHenry County and its deposits were insured by the Federal Deposit Insurance Corporation.

3. On or about November 23, 2004, at McHenry County, in the Northern District of Illinois, Western Division,

WILLIAM J. FALBO, SR.,

defendant herein, knowingly devised and engaged in a scheme to defraud and to obtain moneys and funds by means of materially false and fraudulent pretenses, representations, and promises from the Fifth Third Bank. The defendant's scheme is further described below.

4. It was the object of the scheme for the defendant to obtain money from the Fifth Third Bank by fraudulently obtaining a check, by split-depositing that check into an account at the Fifth Third Bank, and then by withdrawing the funds from the account before the bank could learn that the defendant had fraudulently obtained the check.

5. It was a part of the scheme that the defendant caused his Son to open a checking account at the Fifth Third Bank in his Son's name and using the defendant's mailing address in Lake in the Hills, Illinois, on the account.

6. It was a further part of the scheme that the defendant told his Son that the purpose for the checking account would be to pay the Son's expenses while the Son was enrolled at Drake University.

7. It was a further part of the scheme that the defendant did not use the account at Fifth Third Bank to pay his Son's expenses while in college, but that instead, the defendant used the account for his own purposes, including writing checks on the account and causing debits to the account for the defendant's own purposes, despite not being authorized to do so.

8. It was a further part of the scheme that the defendant obtained a check in the amount of $27,700.78 from the Chicago Title Insurance Company, which check defendant obtained by means of false and fraudulent pretenses, representations, and promises.

9. On or about November 23, 2004, at McHenry County, in the Northern District of Illinois, Western Division,

WILLIAM J. FALBO, SR.,

defendant herein, knowingly executed and attempted to execute the above-described scheme to defraud by split-depositing and causing to be split-deposited into his Son's account a check in the amount of $27,700.78, issued by Chicago Title Insurance Company, knowing that the defendant had obtained the check by false and fraudulent pretenses, representations, and promises.

In violation of Title 18, United States Code, Section 1344.

## COUNT THREE

The FEBRUARY 2008 GRAND JURY further charges:

1. Beginning no later than October 25, 2004, and continuing until August 31, 2005, in McHenry County, in the Northern District of Illinois, and elsewhere,

WILLIAM J. FALBO, SR.,

defendant herein, knowingly devised and engaged in a scheme to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises from the Discovery Financial Services. The defendant's scheme is further described below.

2. It was the object of the scheme for the defendant to fraudulently establish a credit card account in another person's name and to then use that credit card for the defendant's own personal uses.

3. It was a part of the scheme that on or about October 25, 2004, defendant completed an online application for a credit card account with Discover Financial Services in the name of another individual, hereinafter referred to as "Associate" or "defendant's Associate."

4. It was further a part of the scheme that on the credit card application, the defendant falsely listed himself as an authorized user of the credit card account, and had the mailing address for the account go to an address in Palatine, Illinois, used by the defendant.

5. It was a further part of the scheme that between October 25, 2004 and August 31, 2005, the defendant used the credit card to pay for his own personal expenses and purposes.

6. On or about October 25, 2004, in the Northern District of Illinois,

WILLIAM J. FALBO, SR.,

defendant herein, for the purpose of executing the aforesaid scheme to defraud and attempting to do so, knowingly transmitted and caused to be transmitted writings, signs, and signals by means of wire

5

communication in interstate commerce in that he submitted an online credit card application to Discover Financial Services.

In violation of Title 18, United States Code, Section 1343.

## COUNT FOUR

The FEBRUARY 2008 GRAND JURY further charges:

1. Paragraphs 1 through 4 of Count Three of this indictment are realleged and incorporated herein as if fully set forth.

2. On or about October 25, 2004, in the Northern District of Illinois,

WILLIAM J. FALBO, SR.,

defendant herein, during and in relation to the offense described in Count Three of this indictment, a felony, knowingly transferred and used, without lawful authority, a means of identification of another person;

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.: 08 CR 50035

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

WILLIAM J. FALBO, SR.

INDICTMENT

Violation(s): Title 18, United States Code, Sections 1028A(a)(1), 1343, and 1344
Title 20, United States Code, Section 1097(a)

A true bill,

_____
Foreman

Filed in open court this _____ day of _____ A.D. 20____

_____
Clerk

Bail, $ _____

FILED
JUL 15 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court