Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 50035 | DATE | July 15, 2008 |
| CASE TITLE | | USA VS WILLIAM J. FALBO, SR. | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the February 2008 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE P. MICHAEL MAHONEY
Arrest warrant to issue.

Grand Jury for the February 2008 Session,

By: _[signature]_ Foreperson.

United States Attorney: Michael Iasparro

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | **FILED** | number of notices | Document Number |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | JUL 15 2008 | | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | MAGISTRATE JUDGE P. MICHAEL MAHONEY United States District Court | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge | | | |
| GG | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |