## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50035 - 1 | **DATE** | 7/25/2008 |
| **CASE TITLE** | USA vs. WILLIAM FALBO | | |

**DOCKET ENTRY TEXT:**

Arraignment and plea/initial appearance proceedings set for July 28, 2008 at 10:00 am.

.Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GG |
|---|---|---|