AUSA MICHAEL F. IASPARRO, (815)987-4444

AO 442 (Rev.5/93 WP) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM J. FALBO, SR.

**WARRANT FOR ARREST**

CASE NUMBER: 8 C R 5 0 0 35

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate

Judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Violation Petition

charging him or her with (brief description of offense):

**F I L E D**

Scheme to defraud

JUL 2 8 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

in violation of Title ____18____, United States Code, Section(s) ___1097(a)___

P. MICHAEL MAHONEY
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

July 15, 2008; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 211 S. COURT ST, ROCKFORD, IL. 61101 |

| DATE RECEIVED<br>7-15-08 | NAME AND TITLE OF ARRESTING OFFICER<br>BRUCE R. SCHNOOR<br>DEPUTY U.S. MARSHAL | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>7-28-08 | | |