UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: TAX DISCLOSURE OF:<br>WILLIAM J. FALBO, SR. | No. 08 CR 50035<br>Judge Frederick J. Kapala<br>(Magistrate P. Michael Mahoney) |

**AGREED APPLICATION FOR ORDER TO DISCLOSE TAX
RETURNS AND RETURN INFORMATION AT TRIAL**

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to 26 U.S.C. §§ 6103(i)(4)(A)(i) and (A)(ii), makes application to this Court for an order authorizing the government to disclose tax returns and return information of:

William J. Falbo, Sr.,

which tax returns and return information are described as: certified copies of all individual returns and schedules attached thereto for tax years 2003 through 2005.

In support of this application, applicant avers the following:

The defendant in this case has been charged with alleged violations of student loan fraud, in violation of Title 20, United States Code, Section 1097(a), bank fraud, in violation of Title 18, United States Code, Section 1344, wire fraud, in violation of Title 18, United States Code, Section 1341, and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

The above-described tax returns and return information are probative of a matter in issue relevant to establishing the commission of the crimes charged or the guilt of the defendant in that the reported adjusted gross income is in conflict with adjusted gross income reported by defendant to the Department of Education in order to receive student loans, and the filed tax returns were

prepared by a different tax preparer than the return submitted to Drake University in order to verify defendant's reported adjusted gross income for the purpose of receiving student financial assistance.

In addition, the above-described returns are statements of witnesses within the meaning of 18 U.S.C. § 3500 and are otherwise discoverable under Fed.R.Crim.P. 16.

The undersigned has spoken with defendant's attorney, Allen Blumenthal, who stated he has no objection to the court's granting of this motion. Because this motion is submitted upon stipulation, notice of presentment is not required. Local Rule 5.3(a).

WHEREFORE, applicant asks this Court to enter an order on this application authorizing disclosure by the government of the tax returns and return information specified herein.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    /s/
    Michael F. Iasparro
    Assistant United States Attorney
    308 W. State Street - Suite 300
    Rockford, Illinois 61101
    (815) 987-4444

Date: August 4, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: TAX DISCLOSURE OF:<br>WILLIAM J. FALBO, SR. | No. 08 CR 50035<br>Judge Frederick J. Kapala<br>(Magistrate P. Michael Mahoney) |

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION AT TRIAL**

Upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. §§ 6103(i)(4)(A)(i) and (A)(ii), authorizing the government to disclose tax returns and return information of:

William J. Falbo, Sr.,

which tax returns and return information are described as: certified copies of all individual returns and schedules attached thereto for tax years 2003 through 2005; at the trial of the above-captioned case, and after examining the application, this Court finds:

The above-described tax returns and return information are probative of a matter in issue relevant to establishing the commission of the crimes charged or the guilt of the defendant.

In addition, the above-described returns are statements of witnesses within the meaning of 18 U.S.C. § 3500 and are otherwise discoverable under Fed.R.Crim.P. 16.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

William J. Falbo, Sr.,

which tax returns and return information are described as: certified copies of all individual returns and schedules attached thereto for tax years 2003 through 2005, at the trial of this case or any related judicial proceeding.

   No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (h)(4).


                       _____
                        Magistrate Judge P. Michael Mahoney


Dated: _____