UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE: TAX DISCLOSURE OF:  |  No. 08 CR 50035
WILLIAM J. FALBO, SR.

Judge Frederick J. Kapala

**ORDER FOR DISCLOSURE OF TAX RETURNS
AND RETURN INFORMATION AT TRIAL**

Upon the application of the United States Attorney for the Northern District of Illinois for an order, pursuant to 26 U.S.C. §§ 6103(i)(4)(A)(i) and (A)(ii), authorizing the government to disclose tax returns and return information of:

William J. Falbo, Sr.,

which tax returns and return information are described as: certified copies of all individual returns and schedules attached thereto for tax years 2003 through 2005; at the trial of the above-captioned case, and after examining the application, this Court finds:

The above-described tax returns and return information are probative of a matter in issue relevant to establishing the commission of the crimes charged or the guilt of the defendant.

In addition, the above-described returns are statements of witnesses within the meaning of 18 U.S.C. § 3500 and are otherwise discoverable under Fed.R.Crim.P. 16.

IT IS THEREFORE ORDERED that the Government may disclose such tax returns and return information of:

William J. Falbo, Sr.,

which tax returns and return information are described as: certified copies of all individual returns and schedules attached thereto for tax years 2003 through 2005, at the trial of this case or any related judicial proceeding.

No disclosure shall be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 (h)(4).

/MK/ Judge Frederick J. Kapala

Dated: 8/4/08